UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARIO CUMMINGS, | ) |
|       Petitioner, | ) No. CV 07-8144 PSG (AJW) |
|       v. | ) |
| JOHN DOVEY, | ) ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |
|       Respondent. | ) |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report), petitioner's objections thereto, and the Supplemental Report and Recommendation of Magistrate Judge. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a <u>de</u> <u>novo</u> determination of the portions to which objections were directed.

DATED: October 17, 2008

_____
Philip S. Gutierrez
United States District Judge