UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARIO CUMMINGS, | Case No. CV 07-8144-PSG(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| JOHN DOVEY, Director, | |
| Respondent. | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed as untimely.

Dated: October 17, 2008

_____
Philip S. Gutierrez
United States District Judge